IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Skinner, Yvonne M

Printed: 6/3/08

Case Number: 07 B 02174
Judge: Wedoff, Eugene R
Filed: 2/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: May 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,408.00 |  |
| Secured: |  | 3,225.81 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 182.19 |
| Other Funds: |  | 0.00 |
| Totals: | 3,408.00 | 3,408.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | Triad Financial Services | Secured | 12,547.76 | 1,814.81 |
| 3. | America's Servicing Co | Secured | 7,770.16 | 1,411.00 |
| 4. | Internal Revenue Service | Priority | 3,295.64 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 49.33 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 746.90 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 82.22 | 0.00 |
| 8. | Monroe & Main | Unsecured | 29.58 | 0.00 |
| 9. | PRA III LLC | Unsecured | 8.83 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 1,777.19 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 88.23 | 0.00 |
| 12. | Caine & Weiner | Unsecured |  | No Claim Filed |
| 13. | Cook County Treasurer | Unsecured |  | No Claim Filed |
| 14. | Female Health Care Assoc Ltd | Unsecured |  | No Claim Filed |
| 15. | Account Recovery Service | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 26,395.84 | $ 3,225.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 14.70 |
| 5.4% | 167.49 |
|  | _____ |
|  | $ 182.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Skinner, Yvonne M

Printed:  6/3/08

Case Number:  07 B 02174
Judge:  Wedoff, Eugene R
Filed:  2/8/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

